NUMBER 13-01-120-CV

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI

 ___________________________________________________________________ 



WILLIAM PENA , Appellant, 



v.

 

LUCY GARCIA, INDIVIDUALLY AND 

LARRY EGBERT, INDIVIDUALLY, ET AL. , Appellees. 

___________________________________________________________________ 



On appeal from the 92nd District Court 

of Hidalgo County, Texas

 ___________________________________________________________________ 



O P I N I O N

 

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



 Appellant, WILLIAM PENA, attempted to perfect an appeal from a judgment entered by the 92nd District Court of
Hidalgo County, Texas, in cause number C-3004-91-A . Judgment in this cause was signed on April 18, 2000 . No timely
motion for new trial was filed. Pursuant to Tex. R. App. P. 26.1, appellant's notice of appeal was due on May 18, 2000 ,
but was not filed until on or about February 7, 2001 . Appellant filed an untimely motion for leave to file out of time appeal
on February 7, 2001. 

 Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was
advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would
be dismissed. To date, no response has been received from appellant. 

 The Court, having examined and fully considered the documents on file, appellant's failure to timely perfect his appeal and
appellant's untimely motion for leave to file out of time appeal, is of the opinion that the appeal should be dismissed for
want of jurisdiction. Appellant's untimely motion for leave to file out of time appeal and the appeal are hereby
DISMISSED FOR WANT OF JURISDICTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 29th day of March, 2001 .